THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent, *v.* AUGUSTUS B. SHAW et al., as Assessors of the Town of Hamden, Appellants.

*People ex rel. N. Y., Ontario & W. Ry. Co.* v. *Shaw*, 143 App. Div. 811, affirmed.
(Argued April 26, 1911; decided May 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

March 31, 1911, which modified and affirmed as modified an order of Special Term reducing and confirming as reduced an assessment against the relator for purposes of taxation.

*A. G. Patterson* for appellants.

*Charles L. Andrus* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.